

**LAW OFFICES**
**WOLIN KELTER & ROSEN, LTD.**
55 WEST MONROE STREET    312-424-0600 TEL
SUITE 3600    312-424-0660 FAX
CHICAGO, IL 60603    www.wolinlaw.com

September 14, 2009

**VIA EMAIL ONLY**

Leonard Green
Clerk for the Sixth Circuit Court of Appeals
540 Potter Stewart
US Courthouse Building
Cincinnati, Ohio 45202

RE:    No. 08-4557   Todd J. Delay v. Rosenthal Collins Group, LLC
To be Argued October 8, 2009

Dear Mr. Green:

In response to your letter of September 14, 2009 the following is RCG's jurisdictional statement identifying the citizenship of all RCG members.

RCG is a limited liability company organized and existing under the laws of the State of Illinois, which has its principal place of business in Chicago, Illinois. RCG has three classes of members. Class A members are the managing members, Leslie Rosenthal and J. Robert Collins who are both citizens and residents of the State of Illinois. The managing members and two Illinois limited liability companies - Knot and Dreadnought - own 95% of RCG. All members of Knot and Dreadnought are citizens and residents of the State of Illinois.

Class B members are individuals associated with RCG who are required to be listed as members due to various industry rules and regulations. These individuals are all citizens and residents of the State of Illinois.

Class C members are traders who deposit their trading capital with RCG to clear and trade futures products. Each of these individuals own no more than 1/10 of 1% of RCG and in the aggregate they own 5% of RCG. These Class C members number between 50 and 75 individuals. None of the Class C Members are citizens of residents of the State of Ohio.

If you have any further questions please contact me directly.

Very truly yours,

WOLIN KELTER & ROSEN LTD.

Jeffrey Schulman

**AFFILIATED OFFICES**
BERLIN
FRANKFURT
HAMBURG
LONDON
STOCKHOLM
TEL AVIV

{F:\WPDOCS\2773\9311/00149126.DOC;}